## BANKS v. CALIFORNIA.

No. 87, Misc.   Decided January 24, 1966.

Petitioner *pro se.*

*Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Charles W. Rumph,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court of Appeal of California, First Appellate District, for further proceedings in light of *Griffin* v. *California,* 380 U. S. 609.

THE CHIEF JUSTICE took no part in the consideration of this motion and petition.

## ODELL v. STATE DEPARTMENT OF PUBLIC WELFARE OF WISCONSIN ET AL.

No. 896, Misc.   Decided January 24, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.